459 A.2d 28

Commonwealth v. Wilson, Appellant.

Submitted May 24, 1982. Ronald A. Kovler, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.

459 A.2d 28

Horner v. Donley, Appellant.

Donley v. Horner.

Appeal of Robert E. Donley, Executor.

Argued February 3, 1982. Allen H. Smith, for appellant; Dennis E. Reinaker, for appellees.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The order of the learned Lancaster County Common Pleas Court Judge Paul A. Mueller, Jr. is affirmed.